UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | EDCV 11-2052 DSF (SPx) | Date | 1/3/12 |
|---|---|---|---|
| Title | Southern California Investors, Inc. v. Pablo Rodriguez, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Riverside

This case was removed from state court on December 27, 2011. The notice of removal does not provide a basis for federal jurisdiction. The complaint is for unlawful detainer and does not, on its face, fall within federal subject matter jurisdiction. The case is REMANDED to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.